**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis Francisco WONG, Defendant–Appellant.**

**No. 08–50232**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Eduardo Solis, Law Offices of Eduardo Solis, El Paso, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Francisco Wong has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Wong has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

**370**

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.